

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00080-CV

**IN THE INTEREST OF A.F.C., I.C.C., and A.R.H. Jr.**, Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01986
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED.

We order that no costs be assessed against appellant Mother because she indigent.

SIGNED July 26, 2017.

_____
Marialyn Barnard, Justice